UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:09-CR-54-H-3

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| | ) | |
| RAPHEL SMITH | ) | |

For good cause shown, Defendant's motion to unseal and release the Pre-Sentence Investigation Report with Addendum, Motions and other pleadings/filings and the Statement of Reasons, is hereby ALLOWED.

The Clerk is hereby directed to provide appellate counsel Jennifer Haynes Rose, of the Law Office of Jennifer Haynes Rose, with a copy of the pleadings/filings and other motions filed under seal and the U.S. Probation Office and/or Clerk is directed to provide copies of the Pre-Sentence Investigation Report and the Statement of Reasons to the Defendant's counsel.

This the 1st day of March 2012.

Malcolm J. Howard
Senior U.S. District Judge